15 *Ga.* 400; *McColers* v. *The State,* 74 *Ga.* 411; *Oliver* v. *The State,* 66 *Ga.* 243 ; *Meeks* v. *The State,* 87 *Ga.* 331.

Judgment affirmed.

---

## BROCKETT *v.* THE STATE.

According to the ruling of this court in *McColers* v. *State,* 74 *Ga.* 411, the writ of error must be dismissed. The bill of exceptions, assigning as error the dismissal of a *certiorari* in a criminal case taken from the county court to the superior court, was served upon the solicitor of the former court when it should have been served upon the solicitor-general of the circuit. Code, ¿4261.

October 8, 1892.                    *Writ of error dismissed.*

RUSSELL & HARRELL, by brief, for plaintiff in error.

W. N. SPENCE, solicitor-general, by brief, *contra.*

---

## AIKEN *v.* THE STATE.

1. A count in an indictment charging the accused with the offence of "forgery," and alleging that he did "unlawfully and designedly attempt, by color of a certain counterfeit letter or writing made in the name of another" (setting it forth), to obtain from a named person a specified sum of money, with intent to defraud that person of said money, but failed in the perpetration of said offence, was properly based upon section 4455 of the code, in connection with section 4712, and the court did not err in giving the former section in charge to the jury. Nor was section 4442 of the code applicable. Designating the offence as "forgery," even if inaccurate, was immaterial; it was characterized by the description, not by the name given to it.
2. The verdict was amply sustained by the evidence, and there was no error in refusing a new trial.

October 8, 1892.

Criminal law. Indictment. Forgery. Before Judge MILLER. Bibb superior court. April term, 1892.

M. G. BAYNE and J. R. COOPER, by brief, for plaintiff in error.

W. H. FELTON, Jr., solicitor-general, by brief, *contra.*